# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-cr-0803-JLB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION(S) WITHOUT PREJUDICE** |
| JOSE GUADALUPE ORTIZ-SALAZAR, | |
| Defendant. | |

The United States' Motion to Dismiss the Information(s) Without Prejudice is **GRANTED**. The Court dismisses the Information (ECF 27) and Superseding Information (ECF 48) without prejudice. The Court further orders Defendant's bond exonerated.

Dated: May 17, 2022

Hon. Jill L. Burkhardt
United States Magistrate Judge